FILED
CLERK, U.S. DISTRICT COURT
JUL 28 2025
CENTRAL DISTRICT OF CALIFORNIA
BY rec DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00066-DSF |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| ALBERTO JAVIER LOZA | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//
//

The court concludes:

A.  (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- COMMISSION OF NEW OFFENSE ALLEGED WHILE ON RELEASE

(B)  (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- IMMIGRATION STATUS UNDOCUMENTED

IT IS ORDERED that defendant be detained.

DATED: 7/28/25

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2